1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL E. WILLIAMS,

11               Plaintiff,                    No. CIV S-07-2461 WBS DAD P

12         vs.

13   MICHAEL D. FOX, et al.,

14               Defendants.           ORDER

15   _____/

16             Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.  By order filed December 12, 2007, plaintiff's

18   complaint was dismissed with leave to amend.  Plaintiff has filed an amended complaint.

19             Plaintiff's amended complaint appears to state cognizable claims for relief

20   pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended

21   complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this

22   action.

23             Accordingly, IT IS HEREBY ORDERED that:

24             1.  Service of the amended complaint is appropriate for the following defendants:

25   Mr. Michael D. Fox, M.D., and Ms. Catherine Crawford, M.D.

26   /////

1

1      2.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,

2  an instruction sheet, and a copy of the amended complaint filed January 2, 2008.

3      3.  Within thirty days from the date of this order, plaintiff shall complete the

4  attached Notice of Submission of Documents and submit all of the following documents to the

5  court at the same time:

6          a.  The completed, signed Notice of Submission of Documents;

7          b.  One completed summons;

8          c.  One completed USM-285 form for each defendant listed in number 1

9          above; and

10         d.  Three copies of the endorsed amended complaint filed January 2, 2008.

11     4.  Plaintiff shall not attempt to effect service of the amended complaint on

12  defendants or request a waiver of service of summons from any defendant.  Upon receipt of the

13  above-described documents, the court will direct the United States Marshal to serve the above-

14  named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

15  DATED: January 11, 2008.

16

17  _____

18  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

19  DAD:9
    will2461.1am

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 MICHAEL E. WILLIAMS,

11            Plaintiff,                    No. CIV S-07-2461 WBS DAD P

12     vs.

13 MICHAEL D. FOX, et al.,                  NOTICE OF SUBMISSION

14            Defendants.                   OF DOCUMENTS

15 _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17 order filed _____:

18            _____ one completed summons form;

19            _____ two completed USM-285 forms; and

20            _____ three true and exact copies of the amended complaint filed January 2,

21            2008.

22 DATED: _____.

23

24                                     _____

25                                     Plaintiff

26